UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ABRAHAM SALAMANCA,<br><br>        Defendant. | NO. CR-09-2074-LRS-1<br><br>ORDER DENYING MOTION FOR RECONSIDERATION **(Ct. Rec. 95)** |

On September 8, 2009, this court held a bail review hearing. Thomas Hanlon appeared for the government and Defendant was present with counsel Ken Therrien.

Counsel for the defendant moved for reconsideration of detention.

The Court, having heard argument from counsel and sworn testimony of U.S. Probation Officer Jim Moon, did not find that circumstances have changed since defendant's bail hearing on August 19, 2009. The defendant's motion for reconsideration is **DENIED. (Ct. Rec. 95)** Defendant shall remain in the custody of the U.S. Marshal.

**IT IS SO ORDERED.**

DATED this 8th day of September, 2009.

                                        s/James P. Hutton
                                          JAMES P. HUTTON
                         UNITED STATES MAGISTRATE JUDGE