PROB 12C
(7/93)

Report Date: November 7, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV - 7 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Abraham Salamanca                Case Number: 0980 2:09CR02074-LRS-1

Address of Offender: ██████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 9, 2010

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) Unlawful Sale of Firearms, 18 U.S.C. § 922(d) | |
| Original Sentence: | Prison 55 months TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 30, 2013 |
| Defense Attorney: | Ken Therrien | Date Supervision Expires: August 29, 2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

   **Supporting Evidence**: Mr. Salamanca failed to notify his probation officer prior to quitting his job at Shields on or before September 25, 2014.

   On October 28, 2014, this officer learned Mr. Salamanca was no longer working at Shields. According to the human resource staff at Shields, Mr. Salamanca stopped reporting for work as of September 25, 2014.

2    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

   **Supporting Evidence**: Mr. Salamanca failed to report to the U.S. Probation Office as directed by his probation officer on October 28, 2014.

Prob12C
Re: Salamanca, Abraham
November 7, 2014
Page 2

On October 28, 2014, Mr. Salamanca was instructed to report to the probation officer before the end of business hours. The defendant was specifically instructed to report before 5 p.m. Mr. Salamanca called after 5 p.m. and stated he was on his way to the probation office. He was informed the building was now closed and would not be able to enter the building. Mr. Salamanca failed to report as instructed.

3   **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Salamanca failed to report to the U.S. Probation Office to submit to urinalysis testing as directed by his probation officer on October 28, 2014.

On October 28, 2014, Mr. Salamanca was instructed to report to the probation officer before the end business hours on this date and submit to urinalysis testing. Mr. Salamanca failed to report as instructed.

4   **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Salamanca tested positive for cocaine on October 29, 2014.

On October 29, 2014, Mr. Salamanca submitted a urine specimen that tested presumptive positive for cocaine using the MP Rapid Test device. Mr. Salamanca was confronted regarding the illegal use of cocaine to which he denied using the substance. He was provided with the admission/denial drug use form in which he again denied the use of the substance. Mr. Salamanca noted in the comments section that he was intoxicated Saturday night into Sunday morning October 26, 2014, and could not recall all that had occurred. On November 3, 2014, urinalysis results were received from Alere Toxicology Services confirming a positive drug test for the presence of cocaine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 7, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

11/7/14
Date