PROB 12C
(7/93)

Report Date: December 10, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 10 2014

SEAN F. McAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Abraham Salamanca    Case Number: 0980 2:09CR02074-LRS-1

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 9, 2010

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)<br>Unlawful Sale of Firearms, 18 U.S.C. § 922(d) | |
| Original Sentence: | Prison 55 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 30, 2013 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: August 29, 2016 |

## PETITIONING THE COURT

    To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on November 07, 2014.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Salamanca tested positive for methamphetamine and marijuana on December 9, 2014.<br><br>Mr. Salamanca reported to Merit Resource Services for random urinalysis testing on December 9, 2014. The test results returned presumptive positive for cocaine, methamphetamine, and marijuana using the MP Rapid test device. Mr. Salamanca admitted to having used methamphetamine and marijuana but denied the cocaine use. The specimen was sent to Alere Toxicology Services for confirmation. |

Prob12C
Re: Salamanca, Abraham
December 10, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 10, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/10/14
Date