PROB 12C
(6/16)

Report Date: July 28, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 29 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Abraham Salamanca   Case Number: 0980 2:09CR02074-LRS-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 9, 2010

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) <br> Unlawful Sale of Firearms, 18 U.S.C. § 922(d); |
| Original Sentence: | Prison 55 months; TSR - 36 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Rick Lee Hoffman |

Type of Supervision: Supervised Release

Date Supervision Commenced: August 30, 2013

Date Supervision Expires: August 29, 2016

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/29/2016.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. <br><br> **Supporting Evidence**: United States Probation Officer Phil Casey spoke with Mr. Salamanca at the Yakima County Jail on July 28, 2016. During the conversation, Mr. Salamanca admitted to consuming methamphetamine and cocaine on or about July 26, 2016. Mr. Salamanca signed a drug use admission form acknowledging he consumed methamphetamine and cocaine. |

Prob12C
Re: Salamanca, Abraham
July 28, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 28, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/29/2016

Date