# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Abraham Salamanca　　　　　Case Number: 0980 2:09CR02074-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Yakima, WA  98902

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: September 9, 2010

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance , 21 U.S.C. § 841(a)(1); Unlawful Sale of Firearms, 18 U.S.C. § 922(d) | |
| Original Sentence: | Prison - 55 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 8/11/2016 | Prison - 6 months; TSR - 30 months | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: January 11, 2017 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: July 10, 2019 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Salamanca attended Sobriety Treatment and Education Program (STEP) Court on May 3, 2017.  At the conclusion of STEP Court, Mr. Salamanca was directed to report back to STEP on May 17, 2017.  Due to a death in the family and funeral services being held on May 17, 2017, this officer excused Mr. Salamanca from attending STEP Court and left him several messages, including a message with his live-in girlfriend to report to probation on May 18, 2017, or court action would be requested.  Mr. Salamanca failed to report or contact this officer on May 18, 2017, as directed. |

2        **Special Condition # 20**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Salamanca had been actively engaged in substance abuse treatment at Merit Resource Services (Merit) in Yakima, Washington, since March 2017. Mr. Salamanca missed his scheduled substance abuse groups on May 11 and 15, 2017. He also missed an individual counseling session on May 11, 2017. Mr. Salamanca did not receive permission from this officer to miss his scheduled substance abuse groups.

3        **Special Condition # 21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: When Mr. Salamanca began STEP Court on March 3, 2017, he was directed to submit two random urinalysis tests per week. Mr. Salamanca complied with the urinalysis testing (UA) requirement from March 3, 2017, until he missed his UA on May 15, 2017. Merit staff informed this officer that Mr. Salamanca failed to show up at Merit on May 15, 2017, for his random UA. Mr. Salamanca did not receive permission from this officer to miss his UA and he has not made any effort to make up the missed test.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     May 18, 2017
_____

s/Phil Casey
_____

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

5/19/2017

_____
Date