PROB 12C
(6/16)

Report Date: January 3, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 04 2018

SEAN F. MCAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Abraham Salamanca           Case Number: 0980 2:09CR02074-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 9, 2010

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1); Unlawful Sale of Firearms, 18 U.S.C. § 922(d); |
| Original Sentence: | Prison -55 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: 8/11/2016 | Prison - 6 months; TSR - 30 months |
| Asst. U.S. Attorney: | Ben Seal |
| | Date Supervision Commenced: January 11, 2017 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: July 10, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number       Nature of Noncompliance

1          **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the Court or the probation officer about how and when to report to the probation officer as instructed.

**Supporting Evidence**: On January 12, 2017, Mr. Salamanca signed his conditions of supervised release relative to this docket number 2:09CR02074-LRS-1, indicating he understood all conditions as ordered by the Court.

Mr. Salamanca attended Sobriety Treatment and Education Program (STEP) Court on December 20, 2017. At the conclusion of STEP Court, Mr. Salamanca was directed to report back to STEP on January 3, 2018, at 10:30 a.m. On January 2, 2018, Mr. Salamanca was reminded by this officer to report to STEP the following day. Mr. Salamanca failed to report to STEP Court on January 3, 2018, as directed, and he failed to contact this officer to discuss why he could not attend STEP Court.

Prob12C
**Re: Salamanca, Abraham**
**January 3, 2018**
**Page 2**

| | |
|---|---|
| 2 | **Special Condition # 22:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** On January 12, 2017, Mr. Salamanca signed his conditions of supervised release relative to this docket number 2:09CR02074-LRS-1, indicating he understood all conditions as ordered by the Court.

Mr. Salamanca failed to report for his random urinalysis (UA) test on December 29, 2017, at Merit Resource Services (Merit) in Yakima, Washington. Mr. Salamanca has provided UAs at Merit since March 2017 and is fully aware he must call the color line every day and report for a UA when his color is called.

| | |
|---|---|
| 3 | **Special Condition # 22:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Special Condition # 23:** The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** On January 12, 2017, Mr. Salamanca signed his conditions of supervised release relative to this docket number 2:09CR02074-LRS-1, indicating he understood all conditions as ordered by the Court.

Mr. Salamanca reported to this officer on January 2, 2018. When Mr. Salamanca was questioned about any use of controlled substances, he admitted consuming alcohol, cocaine, and marijuana on December 27, 2017. Mr. Salamanca signed a drug use admission form acknowledging he consumed controlled substances.

Mr. Salamanca also provided a UA test which sight tested positive for the presence of methamphetamine. The UA test was sent to the lab for verification. At the time this report was written, this officer has not received this result.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | January 3, 2018 |
| | s/Phil Casey |
| | Phil Casey<br>U.S. Probation Officer |

Prob12C
**Re: Salamanca, Abraham**
**January 3, 2018**
**Page 3**

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

1/4/18
_____
Date